TRW, Inc., Petitioner *v.* Commonwealth of Pennsylvania, Workmen's Compensation Appeal Board and Donald L. Sweeney, Respondent.

Argued March 10, 1980, before Judges MENCER, BLATT and MACPHAIL, sitting as a panel of three.

*Sanford S. Marateck, Lark, Makowski, Marateck & Konopka,* for petitioner.

*Karl K. Baldys, Baldys & Baldys,* for respondents.

OPINION BY JUDGE MENCER, June 3, 1980:

TRW, Inc., appeals from an order of the Workmen's Compensation Appeal Board which remanded the case to the referee for additional findings. Pursuant to *Murhon v. Workmen's Compensation Appeal Board,* 51 Pa. Commonwealth Ct. 214, 415 A.2d 128 (1980), holding that a remand order of the Board is interlocutory and unappealable, *without exception,* we will quash this appeal.

ORDER

AND NOW, this 3rd day of June, 1980, the appeal of TRW, Inc., from the order of the Workmen's Compensation Appeal Board, dated May 10, 1979, is hereby quashed.